EXHIBIT
tabbies
A



# Motor Vehicles; Self-Propelled Golf Cart

**October 14, 1982**

**Subject:**
Motor Vehicles; Self-Propelled Golf Cart.

**Requested By:**
Mr. Stacy C. Eggers, Jr. Seven Devils Town Attorney

**Questions:**

1. When a self-propelled golf cart is used on the public highway, must the operator of said golf cart have a license as required by all other motorists using the public highways of North Carolina?

2. Must there be liability insurance on said golf cart if it is operated on the public highways of said municipality?

3. Must the golf cart operated on the public highways be in compliance with the inspection statutes and must it have an inspection sticker displayed as required by other motor vehicles?

**Conclusions:**

1. Yes, the operator of such golf cart must hold at least a Class C license.

2. Yes, the requirements as to financial responsibility must be met.

3. Yes.

For the purposes of the motor vehicle laws governing the registration and licensing of motor vehicles in this State, G.S. 20-4.01(23) defines "motor vehicle" as follows:

"(23) Motor Vehicles. — Every vehicle which is self-propelled and every vehicle *designed to run upon the highways* which is pulled by a self-propelled vehicle. This shall not include mopeds as defined in G.S. 20-4.01(27)d1." (Emphasis added)

The same section, G.S. 20-4.01(49) defines "vehicle" as follows:

"(49) Vehicle. — Every device in, upon, or by which any person or property is or may be transported or drawn upon a highway, excepting devices moved by human power or used exclusively upon fixed rails or tracks; provided, that for the purposes of this chapter bicycles shall be deemed vehicles and every rider of a bicycle upon a highway shall be subject to the provisions of this Chapter applicable to the driver of a vehicle except those which by their nature can have no application."

English

When a self-propelled golf cart is operated on the streets and highways of this State, it is a motor vehicle within the meaning of registration and licensing laws and unless exempted under the provisions of G.S. 20-51, is required by G.S. 20-50 to be registered and licensed. Prerequisites to such registration and licensing are compliance with the financial responsibility requirements, and safety inspection requirements as well as the requirements relating to size, weight, construction and equipment of vehicles.

Rufus L. Edmisten Attorney General

William W. Melvin Deputy Attorney General

« Interstate Compact on Placement of Juveniles

Motor Vehicles; Safety and Financial Responsibility Act of 1953 »

**Main Campus**
114 West Edenton Street
Raleigh, NC 27603

p: (919) 716-6400
f: (919) 716-6750

**State Crime Laboratory**
121 East Tryon Road
Raleigh, NC 27603

p: (919) 582-8700
f: (919) 662-4475

**Triad Regional State Crime Laboratory**
2306 West Meadowview Road
Suite 110
Greensboro, NC 27047

p: (336) 315-4900
f: (336) 315-4956

**Western Regional**

**NC Justice Academy Salemburg Campus:**
PO Box 99
Salemburg, NC 28385

p: (910) 525-4151
f: (910) 525-5439

**NC Justice Academy Edneyville Campus:**
PO Box 600
Edneyville, NC 28727

p: (828) 685-3600
f: (828) 685-9933

**Sheriffs' Training & Standards**
PO Box 629
Raleigh, NC 27602

p: (919) 779-8213
f: (919) 662-4515

**Criminal Justice Training & Standards**
PO Drawer 149
Raleigh, NC 27602

English

**State Crime Laboratory**
300 Saint Pauls Road
Hendersonville, NC 28792

p: (828) 654-0525
f: (828) 654-9682

p: (919) 661-5980
f: (919) 779-8210

CONTACT NCDOJ

NCDOJ does not represent individuals in private cases. Need an attorney?

© 2020 | all rights reserved | Website by AndiSites Inc.

English