# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Liberty Mutual Fire Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00666-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| David Lindsey | ) | |
| Heather Sutton | | |
| Daphne Lindsey | | |
| Kristi Lindsey, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Plaintiff in accordance with the Court's February 11, 2021 Order (document #30).

February 17, 2021

Frank G. Johns, Clerk
United States District Court